AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Garrick "Gary" Johnson<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)         3:20MJ5192<br>)<br>)<br>) |

**FILED**
10:37 am Jun 30 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Jan. 2020 to April 22, 2020  in the county of  Lucas  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 666(a)(1)(B) | Reciept of Bribe by Agent of Organization Receiving Federal Funds |
| 18 U.S.C. 1951 | Hobbs Act Extortion Under Color of Official Right |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature
Matthew Cromly, Special Agent FBI
Printed name and title

Sworn to telephonically after being submitted
by reliable electronic means.

Date:  06/30/2020

_____
Judge's signature

City and state:  Toledo, Ohio

Jeffrey J. Helmick, U.S. District Judge
Printed name and title